DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVORY LEE ROBINSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2836

[May 15, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca White, Judge; L.T. Case No. 472024CA000106A.

Ivory Lee Robinson, Okeechobee, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***